# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**JAMES CHRISTOPHER VANDOLAH**  **PETITIONER**
Reg. #09554-045

**V.**          **CASE NO.: 2:05CV00262 SWW/BD**

**LINDA SANDERS**                                                          **RESPONDENT**
**Warden, FCI-Forrest City**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, this Petition for Writ of Habeas Corpus (docket entry #1) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 5th day of September 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE